NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**WARD PARTICIPATIONS B.V.,**
*Appellant*

**v.**

**SAMSUNG ELECTRONICS CO., LTD., BANK OF AMERICA, N.A.,**
*Appellees*

_____

2023-2080, 2023-2081, 2023-2082

_____

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2022-00113, IPR2022-00114, IPR2022-01076, IPR2022-01077, PGR2022-00007.

_____

## JUDGMENT

_____

ERIK LUND, DNL Zito, Washington, DC, argued for appellant.  Also represented by JOSEPH J. ZITO.

ASHLEY BOLT, Fish & Richardson P.C., Atlanta, GA, argued for all appellees.  Appellee Samsung Electronics Co., Ltd. also represented by PETER HONG, THAD CHARLES KODISH, BENJAMIN THOMPSON.

WILLIAM FINK, O'Melveny & Myers LLP, Washington, DC, for appellee Bank of America, N.A. Also represented by BENJAMIN HABER, Los Angeles, CA; MARC JOSEPH PENSABENE, New York, NY.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (REYNA, TARANTO, and STARK, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

January 13, 2025
Date

Jarrett B. Perlow
Clerk of Court